IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOYCE OVERSTREET,              ) | |
|                                )              | |
| Plaintiff,                     )              | |
|                                )              | |
| v.                             )              | |
|                                )              | |
| CAROLYN W. COLVIN, Acting      )              | |
| Commissioner of Social Security, ) | |
|                                )              | |
| Defendant.                     ) | Civil Action No. 5:12-CV-107-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered a Report and Recommendation on May 20, 2013. Plaintiff filed Objections to [the] Report and Recommendation on May 29, 2013. Defendant filed no objections.

Plaintiff states in her Objections that she "does not object to the Report and Recommendations submitted by the United States Magistrate Judge," but she respectfully requests remand for immediate payment rather than further administrative proceedings. (Pl.'s Objections at 2.) The Court finds that Plaintiff's alternative request should be denied.

It is, therefore, ORDERED that the findings and conclusions in the Report and Recommendation are hereby ADOPTED by the Court. The Commissioner's decision is REVERSED and Plaintiff's Complaint is REMANDED for further administrative proceedings.

Dated this 6th day of June, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE